Núm. 6820.—PUEBLO, apldo. *v.* SANTIAGO, aplte.—C. D. Aguadilla. Marzo 31, 1938.

(Por la Corte, a propuesta del Juez Asociado Sr. Travieso.)

POR CUANTO, los únicos señalamientos en que se basa el presente recurso se refieren a la apreciación que de la evidencia hizo la corte inferior;

POR CUANTO, es prerrogativa de los tribunales de distrito el dirimir, de acuerdo con su mejor criterio, los conflictos de prueba que surgen cuando aquélla es contradictoria y deber de este Tribunal Supremo el respetar el dictamen que recaiga, siempre que no medie pasión, prejuicio o parcialidad o que exista error manifiesto;

Por cuanto, hemos leído la transcripción de la evidencia y de ella no aparece que el juez sentenciador actuara movido por la pasión, el prejuicio o la parcialidad, ni que tampoco incurriera en manifiesto error de apreciación;

Por tanto, resolvemos confirmar la sentencia apelada que dictó la Corte de Distrito de Aguadilla el día 12 de agosto de 1936.

El Juez Asociado Sr. Córdova Dávila no intervino.